UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                               Case No. 06-cr-195-01-PB

John Trombly

O R D E R

I hereby recuse myself from presiding over this case as Attorney Jonathan Cohen of the Mark Sisti Law Firm has filed an appearance on behalf of the defendant.

SO ORDERED.

December 11, 2006                              /s/ Paul Barbadoro
                                                          Paul Barbadoro
                                                           United States District Judge

cc:      Counsel of Record